**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7030**

MARQUISE LEON NELSON,

                    Plaintiff - Appellant,

          v.

STATE OF VIRGINIA; EARL R. BARKSDALE; J. JACK KENNEDY, JR.;
T. DORTON; SONNIA SUGGS; CHAD DOTSON; PATRICIA L.
HARRINGTON,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James P. Jones, District
Judge. (7:16-cv-00055-JPJ-RSB)

Submitted:  December 30, 2016      Decided:  January 13, 2017

Before GREGORY, Chief Judge, WYNN, Circuit Judge, and HAMILTON,
Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Marquise Leon Nelson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquise Leon Nelson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find that this appeal is frivolous, and we dismiss the appeal for the reasons stated by the district court. Nelson v. Virginia, No. 7:16-cv-00055-JPJ-RSB (W.D. Va. July 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2